# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BUILDING TRADES UNITED PENSION TRUST FUND,**
**WISCONSIN PIPE TRADES HEALTH FUND**
**and NACARCI FEASTER,**

          **Plaintiffs,**

  **v.**                                                            **Case No. 06-C-1162**

**T. M. BRADEN MECHANICAL CORPORATION**

          **Defendant.**

## ORDER FOR JUDGMENT

Request and application for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.    Defendant T. M. Braden Mechanical Corporation has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

    2.    T. M. Braden Mechanical Corporation violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff funds.

    3.    The court assesses the total damages to the plaintiffs in the sum of $15,016.94.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs, Building Trades United Pension Trust Fund, Wisconsin Pipe Trades Health Fund and Nacarci Feaster, and against defendant T. M. Braden Mechanical Corporation in the amount of $15,016.94 together with interest at the rate allowed by law.

Dated at Milwaukee, Wisconsin, this 21st day of December, 2006.

<div style="margin-left:3em">

**BY THE COURT:**

<u>s/Rudolph T. Randa</u>
**HON. RUDOLPH T. RANDA**
**Chief Judge**

</div>